| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for Westampton Woods Community Association, Inc.* | |
| In Re:<br><br>Myra E. Phillips,<br><br>    Debtor. | Case No.: 23-19218 (MBK)<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan, C.U.S.B.J. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Westampton Woods Community Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Elizabeth K. Holdren, Esq.
Hill Wallack LLP
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

DATED: November 8, 2023                                HILL WALLACK LLP
                                                                          By: */s/ Elizabeth K. Holdren*
                                                                          Elizabeth K. Holdren